IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE CULKIN | : | CIVIL ACTION |
| vs. | : | |
| HARRY E. WILSON, et al. | : | NO. 06-3423 |

## O R D E R

**AND NOW**, this 9th day of March, 2007, upon careful consideration and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Peter B. Scuderi , **IT IS ORDERED** that:

1. The objections to the Report and Recommendation are **DENIED**.

2. The Report and Recommendation is **APPROVED** and **ADOPTED**.

3. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

4. There is **no** basis for the issuance of a certificate of appealability.

.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY,     Sr. J.